**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-MJ-02653-REID**

**UNITED STATES OF AMERICA**

**vs.**

**JUNIOR JEFFREY SAINT VALLIERE,**

**Defendant.**
______________________________________/

**NOTICE OF REASSIGNMENT**

The United States of America, through undersigned Assistant United States Attorney, hereby files this Notice of Reassignment as counsel of record in this case. The prior counsel for the United States, Bertila Lilia Fernandez, is no longer counsel of record for the United States in this matter. The undersigned requests to be informed of all future filings in the above captioned case.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: */s/ Justin Meckler Silverberg*
JUSTIN MECKLER SILVERBERG
Assistant United States Attorney
Court ID No. A5503409
99 Northeast 4th Street
Miami, FL 33132
Telephone (305) 961-9433
Justin.Silverberg@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 13, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By: */s/ Justin Meckler Silverberg*
JUSTIN MECKLER SILVERBERG
Assistant United States Attorney